IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH MINGO, SR. and ALICE MINGO,
doing business as Mingo Repair Service                                         PLAINTIFFS

VS.                                                              CIVIL ACTION NO.: 3:06CV213WA

SUN BELT MANAGEMENT COMPANY
and JOEY ASHLEY                                                                 DEFENDANTS

## ORDER

This matter came before the court on the Defendants' Motion to Strike Plaintiffs' Designation of Expert Witness and to Exclude Testimony of Glenda B. Glover, Ph.D., J.D., C.P.A., or, in the Alternative, Motion for Extension of Defendants' Deadline for Designation of Their Experts and the Defendants' Motion to Continue Defendants' Deadline for Designation of Their Expert. The complaints regarding Dr. Glover's designation appear to be primarily procedural, and also appear to have been rectified. To the extent that they have not, the court will order a complete designation by a date certain. To the extent that the Defendants' complaint is with the *substance* of Dr. Glover's testimony, they should submit a motion to exclude her testimony to the District Judge assigned to this matter. Because the court will order a new date for the Plaintiffs to designate experts, the Defendants will be given a concomitant extension. These changes to the Case Management Plan Order mandate an adjustment of the discovery and motion deadlines, which the court will also grant.

IT IS, THEREFORE, ORDERED that the Defendants' Motion to Strike Plaintiffs' Designation of Expert Witness and to Exclude Testimony of Glenda B. Glover, Ph.D., J.D., C.P.A., or, in the Alternative, Motion for Extension of Defendants' Deadline for Designation of Their Experts and the Defendants' Motion to Continue Defendants' Deadline for Designation of Their

Expert are hereby **granted**, insofar as they seek an extension of the Defendants' expert designation deadline, but **denied** insofar as they request that Dr. Glover be struck as an expert witness.

IT IS FURTHER ORDERED that the Case Management Plan Order previously entered in this matter is hereby **amended**, as follows:

1. The Plaintiffs shall designate experts by February 16, 2007.

2. The Defendants shall designate experts by March 16, 2007.

3. Discovery shall be completed by April 6, 2007.

4. The deadline for submitting motions, other than motions *in limine*, is April 20, 2007.

IT IS SO ORDERED, this the 9th day of February, 2007.

                                              S/Linda R. Anderson
                                   UNITED STATES MAGISTRATE JUDGE